United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sonneet R. Kapila, Liquidating Trustee of the SMF Energy Liquidating Trust, Plaintiff,<br><br>v.<br><br>Grant Thornton, LLP, Defendant. | Civil Action No. 14-61194-Civ-Scola |

## Order Canceling Trial Dates, Clarifying Case Status, and Denying as Moot the Agreed Motion to Modify the Scheduling Order

The Court set this matter for trial in June 2017, inferring from the bankruptcy court's report and recommendation that the case had become ready for trial once the parties' motions for summary judgment had been resolved. Based on the parties' agreed motion to modify the scheduling order (ECF No. 33), the Court now understands that this case is *not* yet ready for trial: remaining for resolution by the bankruptcy court are the parties' *Daubert* motions and motions in limine. (*See* Order Withdrawing Reference, ECF No. 6, 2 (directing the bankruptcy court "to conduct, hear, and fully determine all other pretrial matters).)

The trial dates and other deadlines, except for mediation, previously set (Scheduling Order, ECF No. 25) are therefore **canceled**. As per the reference of this case to the bankruptcy court for the resolution of all pretrial matters, the parties are directed to resolve their remaining *Daubert* motions and motions in limine before the bankruptcy court. When this proceeding becomes ready for trial, the bankruptcy court must promptly notify this Court. Once the matter is placed on the trial calendar again, the bankruptcy court will transfer the case back to this Court.

In the meantime, the Court **directs** the Clerk to **administratively close** this matter pending the resolution of the remainder of the pretrial proceedings before the bankruptcy court. Despite the case being administratively closed, the Court will resolve the Plaintiff's pending amended motion for reconsideration of its order regarding the bankruptcy court's report and recommendation on the parties' motions for summary judgment. The parties' agreed motion to modify the scheduling order (**ECF No. 33**) is thus **denied as moot**.

**Done and ordered** at Miami, Florida on April 10, 2017.

_____
Robert N. Scola, Jr.
United States District Judge