UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

0:14-CV-61194-RNS

SONEET R. KAPILA, Liquidating Trustee
of the SMF Energy Liquidating Trust

    plaintiff,

v.

GRANT THORNTON LLP, an Illinois
Limited Liability Partnership,

    defendant.

_____/

**NOTICE OF WITHDRAWAL AS COUNSEL**

PLEASE TAKE NOTICE that Elizabeth V. Tanis hereby withdraws as counsel for Grant Thornton LLP. Ms. Tanis is retiring from the law firm of King & Spalding and has advised counsel of record that she consents to this withdrawal. Grant Thornton will continue to be represented in this action by undersigned counsel.

Grant Thornton requests that all notices and other matters relative to this case be sent to Kevin Dinan of King & Spalding LLP, at the below address, who remains as lead counsel of record for Grant Thornton.

Respectfully submitted on July 12, 2017.

                                                       By:/s/ Andrés Rivero

                                                      Kevin M. Dinan*
                                                      WDC Bar No. 406627
                                                      e-mail: kdinan@kslaw.com
                                                      Cheri A. Grosvenor*
                                                      Georgia Bar No. 314360
                                                      e-mail: cgrosvenor@kslaw.com
                                                      Taylor T. Lankford*
                                                      WDC Bar No. 1002758

    e-mail: tlankford@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
and

L. Louis Mrachek
Florida Bar No. 182880
MRACHEK, FITZGERALD, ROSE, KONOPKA,
THOMAS & WEISS, P.A.
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Telephone: (561) 655-2250
Facsimile:   (561) 655-5537
e-mail: lmrachek@mrachek-law.com

and

Andrés Rivero
Florida Bar No. 613819
RIVERO MESTRE LLP
2525 Ponce de Léon Blvd., Suite 100
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
e-mail: arivero@riveromestre.com

*Attorneys for Defendant Grant Thornton, LLP*

\*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

    I certify that on July 12, 2017, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

                                  /s/ Andrés Rivero_____
                                  ANDRES RIVERO