United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Soneet R. Kapila, Liquidating Trustee of the SMF Energy Liquidating Trust, Plaintiff, <br><br> v. <br><br> Grant Thornton, LLP, Defendant. | Civil Action No. 14-61194-Civ-Scola |

## Judgment

This matter is before the Court following the Court's ruling on Plaintiff Soneet R. Kapila, Liquidating Trustee of the SMF Energy Liquidating Trust's, motion asking the Court to direct entry of final judgment as to fewer than all of the claims in this case in accordance with Federal Rule of Civil Procedure 54(b). Consistent with the Court's ruling on that motion, and as required by Rule 58, judgment is entered in this matter in favor Defendant Grant Thornton, LLP, and against the Trustee as to counts one, two, and three only.

**Done and ordered**, at Miami, Florida, on January 30, 2018.

_____
Robert N. Scola, Jr.
United States District Judge