UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SONEET R. KAPILA, Liquidating Trustee )
of the SMF Energy Liquidating Trust,
)
      Plaintiff,
)
v.                                                            Case No. 14-61194-Civ-Scola
)
GRANT THORNTON LLP, an Illinois
Limited Liability Partnership,        )

      Defendant.                   )

## NOTICE OF FILING

Plaintiff, Soneet R. Kapila, Liquidating Trustee of the SMF Energy Liquidating Trust (the "Trustee"), gives notice of filing the following documents filed in the related adversary proceeding styled as *Soneet Kapila, Liquidating Trustee of the SMF Energy Liquidating Trust v. Grant Thornton LLP*; pending in the United States Bankruptcy Court for the Southern District of Florida as Adversary Proceeding No. 14-01162-RBR:

| Filing Date | Doc. No. | Document |
| --- | --- | --- |
| 02/07/2014 | 1 | Adversary Complaint for Damages and to Avoid and Recover Avoidable Transfers and Demand for Jury Trial By and Before the Bankruptcy Court |
| 04/18/2014 | 28 | Defendant Grant Thornton LLP's Motion to Dismiss in Part Adversary Complaint and Incorporated Memorandum of Law |
| 04/18/2014 | 29 | Defendant Grant Thornton LLP's Motion to Withdraw the Reference and Memorandum of Law in Support |

| Filing Date | Doc. No. | Document |
|---|---|---|
| 05/02/2014 | 36 | Trustee's Response in Opposition to Defendant Grant Thornton, LLP's Motion to Withdraw the Reference and Memorandum of Law in Support |
| 05/16/2014 | 46 | Defendant Grant Thornton LLP's Reply Brief in Support of Motion to Withdraw the Reference |
| 05/21/2014 | 48 | Transmittal of Record to District Court re Motion to Withdraw the Reference |
| 07/08/2014 | 51 | Trustee's Response in Opposition to Defendant Grant Thornton LLP's Motion to Dismiss in Part Adversary Complaint and Incorporated Memorandum of Law |
| 07/09/2014 | 52 | Defendant Grant Thornton LLP's Reply Brief in Support of Motion to Dismiss in Part Adversary Complaint |
| 07/29/2014 | 55 | Transcript of 7/10/2014 Hearing Re: Motion to Dismiss Adversary Complaint |
| 08/01/2014 | 56 | Defendant Grant Thornton LLP's Objection to Plaintiff's Proposed Order |
| 08/13/2014 | 57 | Order Denying Motion to Dismiss |
| 09/12/2014 | 59 | Answer and Defenses of Grant Thornton LLP to Adversary Complaint |
| 10/01/2014 | 60 | Order Withdrawing The Reference To Bankruptcy Court |
| 06/13/2016 | 219 | Liquidating Trustee's Motion For *Partial* Summary Judgment and Memorandum of Law in Support Thereof |
| 06/13/2016 | 220 | Liquidating Trustee's Notice of Filing Exhibits in Support of Motion for Partial Summary Judgment |

| **Filing Date** | **Doc. No.** | **Document** |
|---|---|---|
| 06/13/2016 | 221 | Liquidating Trustee's Notice of Filing Deposition Transcripts in Support of Motion for Partial Summary Judgment |
| 07/11/2016 | 234 | Defendant Grant Thornton LLP's Response in Opposition to Liquidating Trustee's Motion For Partial Summary Judgment |
| 07/11/2016 | 235 | Defendant Grant Thornton LLP's Motion For Partial Summary Judgment and Memorandum of Law In Support |
| 07/11/2016 | 236 | Liquidating Trustee's Second Motion For Partial Summary Judgment and Memorandum of Law in Support Thereof |
| 07/11/2016 | 237 | Defendant Grant Thornton, LLP's Notice of Filing Joint Appendix in Support of Defendant Grant Thornton LLP's Response in Opposition to Liquidating Trustee's Motion for Partial Summary Judgment and Motion to Partial Summary Judgment |
| 08/03/2016 | 247 | Defendant Grant Thornton LLP's Response in Opposition to the Liquidating Trustee's Second Motion For Partial Summary Judgment |
| 08/03/2016 | 248 | Liquidating Trustee's Reply to Defendant's Response in Opposition to Trustee's Motion for Partial Summary Judgment on *In Pari Delicto* |
| 08/03/2016 | 249 | Liquidating Trustee's Response in Opposition to Defendant Grant Thornton LLP's Motion for Partial Summary Judgment |

| **Filing Date** | **Doc. No.** | **Document** |
|---|---|---|
| 08/03/2016 | 250 | Liquidating Trustee's Notice of Filing Exhibits in Support of (i) Liquidating Trustee's Reply to Defendant's Response in Opposition to Trustee's Motion for Partial Summary Judgment *In Pari Delicto* and Liquidating Trustee's Response in Opposition to Defendant Grant Thornton LLP's Motion for Partial Summary Judgment |
| 08/24/2016 | 253 | Liquidating Trustee's Reply to Defendant's Response in Opposition to Trustee's Second Motion for Partial Summary Judgment on Aiding and Abetting |
| 08/24/2016 | 254 | Defendant Grant Thornton LLP's Reply in Support of Its Motion for Partial Summary Judgment |
| 09/16/2016 | 256 | Order Taking Under Advisement Motions for Summary Judgment |
| 09/23/2016 | 258 | Liquidating Trustee's Notice of Filing Motions for Summary Judgment Hearing Transcript Held on September 14, 2016 |
| 09/23/2016 | 259 | September 14, 2016 Transcript of Hearing on Plaintiff and Defendants' Motions for Summary Judgment |
| 10/03/2016 | 260 | Notice of Supplemental Authority |
| 10/05/2016 | 262 | Defendant Grant Thornton LLP's Notice of Filing Amended Answer |
| 10/05/2016 | 263 | Amended Answer and Defenses of Defendant Grant Thornton LLP to Adversary Complaint |
| 10/13/2016 | 267 | Report and Recommendation to the District Court to Deny the Motions for Summary Judgment |
| 10/26/2016 | 271 | Transmittal to District Court Re Report and Recommendation to the District Court to Deny the Motions for Summary Judgment |

| **Filing Date** | **Doc. No.** | **Document** |
|---|---|---|
| 10/26/2016 | 272 | Notice of Filing Trustee's Objection to Bankruptcy Court's Report and Recommendation |
| 10/27/2016 | 273 | Notice of Filing Objections to Report and Recommendation |
| 11/09/2016 | 274 | Notice of Filing Response to Trustee's Objections to Report and Recommendation |
| 11/10/2016 | 275 | Notice of Filing Trustee's Response to Grant Thornton's Objections to Bankruptcy Court's Report and Recommendation |

SMITH HULSEY & BUSEY


By   */s/ Allan E. Wulbern*
      Stephen D. Busey
      Allan E. Wulbern

Florida Bar Number 117790
Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com
awulbern@smithhulsey.com

Attorneys for Plaintiff Soneet R. Kapila

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished via the Court's CM/ECF system to all parties on the attached service list, this 16th day of February, 2018.

                                                */s/ Allan E. Wulbern*
                                                      Attorney

986968

## SERVICE LIST

**Served Via CM/ECF Notification**

**On behalf of Defendant:**

L. Louis Mrachek, Esq. lmrachek@mrachek-law.com
Cheri A. Grosvenor, Esq. cgrosvenor@kslaw.com
Kevin M. Dinan, Esq. kdinan@kslaw.com
Taylor T. Lankford, Esq. tlankford@kslaw.com
AndresRivero, Esq. arivero@riveromestre.com

**On behalf of Plaintiff:**

Gregory Garno, Esq. ggarno@gjb-law.com, gjbecf@gjb-law.com
Theresa Van Vliet, Esq. tvanvliet@gjb-law.com