United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Soneet R. Kapila, Liquidating Trustee of the SMF Energy Liquidating Trust, Plaintiff, <br><br> v. <br><br> Grant Thornton, LLP, Defendant. | ) ) ) ) ) Civil Action No. 14-61194-Civ-Scola ) ) ) |

### Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Judge Lurana S. Snow for a report and recommendation on the Defendant's motion for bill of Costs (ECF No. 54). On May 23, 2018, Judge Snow issued a report, recommending that the Court grant the motion and award the Defendant costs in the amount of $83,901.91. (Report & Recommendations, ECF No. 63.) No objections have been filed and the time to object has passed. Having considered Judge Snow's report, the record, and the relevant legal authorities, the Court finds Judge Snow's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Snow's report and recommendation (**ECF No. 63**). Consistent with the report, the Court awards **$83,901.91** in costs to Defendant Grant Thornton, LLP to be paid by Plaintiff Soneet R. Kapila, as the Liquidating Trustee of the SMF Energy Liquidating Trust.

**Done and ordered** at Miami, Florida on August 2, 2018.

_____
Robert N. Scola, Jr.
United States District Judge